UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WACHOVIA SBA LENDING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-0976 |
| | ) | |
| ELITE EDUCATION HOLDINGS, INC., | ) | Hon. Aleta A. Trauger |
| HOWARD B. BALL, and JACQUELINE | ) | |
| D. BALL, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFAULT JUDGMENT

This matter is before the Court on the motion of the Plaintiff, Wachovia SBA Lending, Inc. ("Wachovia"), for entry of default judgment, pursuant to Rule 55, Federal Rules of Civil Procedure, against Defendant Elite Education Holdings, Inc. ("Elite"). Based on the entire record before it, the Court finds that Elite has been validly served pursuant to Rule 4, Federal Rules of Civil Procedure, that Elite has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure and that Wachovia is entitled to a Judgment by default. Accordingly, it is **ORDERED** that judgment be entered against Elite in the amount of $1,435,731.84, plus a contract per diem rate of $170.40 from December 17, 2009, through the date of entry of this Judgment, plus court costs, costs of collection and post-judgment interest at the highest rate allowed by law, for which execution may issue. The Court further finds that no just reason exists to delay entry of this Judgment as a final judgment on Wachovia's claims against Elite in this action, and, accordingly, it is **ORDERED** that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, this Judgment shall constitute a final judgment on Wachovia's claims against Elite in this action.

IT IS SO ORDERED this 19th day of January, ~~2009.~~ 2010.

_____
HON. ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

Submitted for entry,


/s/ Austin L. McMullen
Roger G. Jones (No. 11550)
Austin L. McMullen (No. 20877)
BRADLEY ARANT BOULT CUMMINGS, LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 244-2582
AMcMullen@BABC.com

*Attorneys for Plaintiff*